**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Dale Allen Hunt, Individual ) | |
| dba TacoProper Company, LLC ) | Case No. 19-cv-2583 |
| ) | |
| v. ) | Judge: Hon. Charles R. Norgle |
| ) | |
| THE PARTNERSHIPS and ) | Magistrate: Hon. Susan E. Cox |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A," ) | |
| ) | |
| _____ ) | |

**SATISFACTION OF JUDGEMENT**

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement

agreement with the Doe Defendants listed below:

| Doe | Store Name | Merchant ID |
|---|---|---|
| 201 | balidao2017 | 5940a69e8b9602521683d2c0 |

dismisses them from the suit without prejudice.

Dated this 27th Day of January 2020.          Respectfully submitted,

By:      s/David Gulbransen/          
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com